IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| GENESIS HILL, | : |
| | : |
| Plaintiff, | : Case No. 1:23-cv-406 |
| | : |
| v. | : Judge Algenon L. Marbley |
| | : |
| ARAMARK CORRECTIONAL SERVICES, et al., | : Magistrate Judge Elizabeth P. Deavers |
| | : |
| | : |
| Defendants. | : |

### ORDER

This matter is before the Court on the Magistrate Judge's Report and Recommendation (ECF No. 22) recommending that this Court dismiss this case and deny as moot the pending motion to dismiss (ECF No. 18). Plaintiff, Genesis Hill, brought this case against 28 defendants. The complaint alleges claims arising from an employee of Defendant Aramark Correctional Services serving Plaintiff and other inmates food removed from a trash can. Plaintiff claims this incident caused Plaintiff and several others to suffer from gastrointestinal issues. (ECF No. 8).

On January 14, 2025, the Magistrate Judge issued the Report and Recommendation noting that there are various unserved defendants and finding that Plaintiff failed to state a claim with respect to any of the federal law claims. (ECF No. 22). The Magistrate Judge recommended this Court: (1) dismiss claims against the unserved defendants pursuant to Rule 4(m) for failure to perfect service; (2) dismiss claims against any remaining defendants for failure to state a claim; and (3) decline to exercise supplemental jurisdiction over any remaining state law claims. (*Id*.). The Report and Recommendation notified the parties that a failure to object within the applicable time period would result in a waiver of the right to have the district judge review the Report and Recommendation *de novo*. (*Id*. at 22).

This Court has reviewed the Report and Recommendation. Noting that no objections have been filed thereto and that the time for filing such objections under Fed. R. Civ. P. 72(b) has expired, this Court **ADOPTS** the Magistrate Judge's Report and Recommendation (ECF No. 22) as this Court's findings of facts and law. Plaintiff's claims are **DISMISSED**. This case is **CLOSED**. Accordingly, the pending motion to dismiss (ECF No. 18) is **DENIED as moot.**

**IT IS SO ORDERED.**

_____
**ALGENON L. MARBLEY**
**UNITED STATES DISTRICT JUDGE**

**DATED:  March 10, 2025**